# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,     *

                         *      CIVIL ACTION NO.: 2:17-cr-40

                         *

     v.                  *

                         *

FLOYD MORRIS,          *

                         *

        Defendant.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 237, to which Defendant Floyd Morris did not file any Objections.

Accordingly, the $50,000 surety bond posted in this case is **FORFEITED**. However, the Court **SETS ASIDE** the entire $50,000 and **EXONERATES** the surety's bond.

**SO ORDERED**, this _____ day of _____, 2018.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA